**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Ex parte Anthony Martin

Appellate case number:   01-17-00025-CR

Trial court case number:  389613A

Trial court:                       174th District Court of Harris County

      This is an appeal from the denial of Anthony Martin's application for writ of habeas corpus.  The State filed a motion to abate the appeal and to remand to the trial court for preparation of findings of fact and conclusions of law supporting the denial of relief.  Martin filed a response opposing the motion, noting that the trial judge who presided over this case and heard the evidence is no longer on the bench.

      We ask the State to file a reply to Martin's response on or before Monday, May 15, 2017.

      It is so ORDERED.

Judge's signature: /s/ Harvey Brown
         ☑ Acting individually      ☐ Acting for the Court

Date: May 9, 2017